# EXHIBIT

# 5

A TRUE COPY
ATTEST: _____
                          CLERK
DATE: 8-24-2017

INST: 00001515
BK: 348 PG: 43

| Document Prepared By: | The Space Above is Reserved for Recorder's Use Only |
|---|---|
| Ron Meharg, 888-362-9638 | AHMA  647  ▮▮▮▮▮ |
| When Recorded Return To: | |
| DOCX | *AHMA-647-▮▮▮▮▮* |
| 1111 Alderman Dr. | |
| Suite 350 | |
| Alpharetta, GA 30005 | |
| | Property Address: |
| CRef#:12/20/2008-PRef#:A030-POF | 1541 TEN ROD ROAD |
| Date:12/08/2008-Print Batch ID:3682 | EXETER, RI 02822-1910 |

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation, whose address is 6501 Irvine Center Drive, Irvine, CA 92618, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, whose address is 135 S. LaSalle Street Suite 1625, Chicago, IL 60603, the following described mortgage, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such mortgage.

Original Borrower(s): MASOUD SHAKOORI-NAMINY A/K/A MASOUD SHAKOORI
Original Mortgagee: OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION
Date of Mortgage: 07/16/2003          Loan Amount: $315,400.00
Recording Date: 07/21/2003   Book: 0212   Page: 001
Misc. Comments: SEE ATTACHED LEGAL DESCRIPTION
ASSIGNMENT EFFECTIVE DATE 12/1/2008

and recorded in the official records of the Town of Exeter, State of Rhode Island affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 12/15/2008.

American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation

_____          _____
Tywanna Thomas                          Linda Green
Asst. Vice President                     Vice President
State of GA
County of Fulton

On this date of 12/15/2008, before me, the undersigned authority, a Notary Public duly commissioned, qualified and acting within and for the aforementioned State and County, personally appeared the within named Linda Green and Tywanna Thomas, known to me (or identified to me on the basis of satisfactory evidence) that they are the Vice President and Asst. Vice President respectively of American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation, and were duly authorized in their respective capacities to execute the foregoing instrument for and in the name and in behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

Witness my hand and official seal on the date hereinabove set forth.

_____
Notary Public

Bailey Kirchner
NOTARY PUBLIC
Fulton County
State of Georgia
My Commission Expires
February 19, 2011

Rlaosi-eR2.0   08/18/2008   Copyright (c) 2008 by DOCX LLC

RECEIVED FOR RECORD
EXETER, RI
DEC 25-2008 12:29:15P
BOOK: 348 PAGE: 43
CHERYL A. FERNSTROM CMC
TOWN CLERK