# EXHIBIT

# 7

# RHODE ISLAND

INST: 00000404
BK: 438 PG: 71

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH:(208)528-9895
ATT: TERRILL NIELSON

A TRUE COPY
ATTEST: _Ruth A. Stone_
CLERK
DATE: 8-24-2017

TOWN OF EXETER
Loan.No ( ██████ ) [AM0043]

Pool.No

Space above for recorder's use

Assignment-Interv.-Recorded
## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **LASALLE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, BY HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., ITS ATTORNEY IN FACT,**
located at **1525 S. BELTLINE RD., COPPELL, TX 75019**
does hereby grant, assign, transfer and set over unto **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11**

located at  **60 LIVINGSTON AVE.  ST. PAUL, MN 55107**
                                                                                          its successors
and assigns a certain Mortgage or Deed of Trust dated   **JULY 16, 2003**
executed by **MASOUD SHAKOORI-NAMINY A/K/A MASOUD SHAKOORI**
                                                                                          as Grantor(s),
and recorded in Volume **0212**      Page No. **001**      Instrument No.
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of **EXETER**       State of Rhode Island on the **21st** day of **JULY 2003**
Time of recording **11:30AM**           .
Property Address: **1541 TEN ROD RD EXETER, RI 02822**

Loan No.

(NMRI.RI)                     Page 1 of 2
C=s.956.0001
P=S.002.00003.98      J=am8070110ai.s.04354

Loan.No ( ▮▮▮▮ ) [AM0043]　　　　　　　　　INST: 00000404
　　　　　　　　　　　　　　　　　　　　　　　　BK:　438 PG: 72

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED **FEBRUARY 22, 2013**.

　　　　　　　　LASALLE BANK, N.A., AS TRUSTEE FOR STRUCTURED
　　　　　　　　ASSET SECURITIES CORPORATION STRUCTURED ASSET
　　　　　　　　INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH
　　　　　　　　CERTIFICATES, SERIES 2003-BC11, BY HOMEWARD
　　　　　　　　RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE
　　　　　　　　SERVICING, INC., ITS ATTORNEY IN FACT

_____　　　　_____
Witness, **ALYSSA WELLS**　　　　　　　**PAMELA STODDARD**
　　　　　　　　　　　　　　　　　　　　**ASSISTANT SECRETARY**

_____
Witness, **MIRIAM SERNA**

　　　　　　　　　　　　　　　　　　　　RECEIVED FOR RECORD
　　　　　　　　　　　　　　　　　　　　EXETER, RI
STATE OF **IDAHO**　　　　　　　)　　　　Mar 25, 2013 01:04:34P
　　　　　　　　　　　　　　　　) ss　　BOOK: 438 PAGE: 71
COUNTY OF **BONNEVILLE**　　　　)　　　　LYNN M. HAWKINS
　　　　　　　　　　　　　　　　　　　　TOWN CLERK

On **FEBRUARY 22, 2013**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **PAMELA STODDARD** known to me to be the person who executed the within instrument as the **ASSISTANT SECRETARY**, and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

_____　　　　　　　┌─────────────────────┐
**KATHERINE LARREA** (COMMISSION EXP. 06-15-18)　│ KATHERINE LARREA　　│
NOTARY PUBLIC　　　　　　　　　　　　　　　　　│ NOTARY PUBLIC　　　　│
　　　　　　　　　　　　　　　　　　　　　　　　│ STATE OF IDAHO　　　 │
　　　　　　　　　　　　　　　　　　　　　　　　└─────────────────────┘

(NMRI.RI.2)　　　　　　　Page 2 of 2
C=s.956.0001
P=s.002.00003.98　　　J=am8070110ai.s.04354