# EXHIBIT

# 10

| Transaction | Prior!Servicer! Loan!Number | Tran Typ Desc | Total Tran Amt | Prin Amt | Int Amt | Escrow Amt | Tran!Typ | Due Date | Prior!Susp Bal | Service!Fees Amount | Processdate | Fees | PrTranTyp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2013 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 1/18/2013 | | Utility district tax disbursem | 0 | 0 | 0 | 0 | CAD | 1/1/2013 | 0 | 0 | | 0 | 317 |
| 1/18/2013 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 1/1/2013 | 0 | 0 | | 0 | 320 |
| 10/18/2012 | | Utility district tax disbursem | 0 | 0 | 0 | 0 | CAD | 10/1/2012 | 0 | 0 | | 0 | 317 |
| 10/18/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 10/18/2012 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 10/1/2012 | 0 | 0 | | 0 | 320 |
| 9/29/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 9/29/2012 | | Hazard insurance disbursement | 0 | 0 | 0 | 0 | ARS | 7/1/2012 | 0 | 0 | | 0 | 351 |
| 8/13/2012 | | Payment | 0 | 0 | 0 | 323.77 | FEP | 12/1/2010 | 323.77- | 0 | | 0 | 173 |
| 8/13/2012 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 168 |
| 7/24/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 7/24/2012 | | Utility district tax disbursem | 0 | 0 | 0 | 0 | CAD | 7/1/2012 | 0 | 0 | | 0 | 317 |
| 7/18/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 7/18/2012 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 7/1/2012 | 0 | 0 | | 0 | 320 |
| 4/6/2012 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 4/1/2012 | 0 | 0 | | 0 | 320 |
| 4/6/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 1/23/2012 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 1/23/2012 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 1/1/2012 | 0 | 0 | | 0 | 320 |
| 10/27/2011 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 10/1/2011 | 0 | 0 | | 0 | 320 |
| 10/27/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 7/27/2011 | | Delinquent tax advance | 0 | 0 | 0 | 0 | EMD | 7/1/2005 | 0 | 0 | | 0 | 314 |
| 7/27/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 7/19/2011 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 7/1/2011 | 0 | 0 | | 0 | 320 |
| 7/19/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 6/6/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2010 | 0 | 0 | | 0 | 161 |
| 6/6/2011 | | Hazard insurance disbursement | 0 | 0 | 0 | 0 | ARS | 7/1/2011 | 0 | 0 | | 0 | 351 |
| 4/26/2011 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 11/1/2010 | 0 | 0 | | 0 | 168 |
| 4/26/2011 | | Payment | 0 | 0 | 1,336.50 | 766.5 | FEP | 11/1/2010 | 2,103.00- | 213.84 | 4/26/2011 | 0 | 173 |
| 4/15/2011 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 4/1/2011 | 0 | 0 | | 0 | 320 |
| 4/15/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 11/1/2010 | 0 | 0 | | 0 | 161 |
| 1/19/2011 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 1/1/2011 | 0 | 0 | | 0 | 320 |
| 1/19/2011 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 11/1/2010 | 0 | 0 | | 0 | 161 |
| 1/14/2011 | | Payment | 1,336.50 | 0 | 0 | 0 | FEP | 11/1/2010 | 1,336.50 | 0 | 1/14/2011 | 0 | 172 |
| 12/14/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 10/1/2010 | 0 | 0 | | 0 | 168 |
| 12/14/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 1,455.61 | FEP | 10/1/2010 | 1,455.61- | 213.84 | 12/14/2010 | 0 | 173 |
| 11/15/2010 | | Payment | 1,336.50 | 0 | 0 | 0 | FEP | 10/1/2010 | 1,336.50 | 0 | 11/15/2010 | 0 | 172 |
| 10/15/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 9/1/2010 | 11.39- | 213.84 | 10/15/2010 | 0 | 173 |
| 10/15/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 9/1/2010 | 0 | 0 | | 0 | 168 |
| 10/5/2010 | | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 10/1/2010 | 0 | 0 | | 0 | 320 |
| 10/5/2010 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 9/1/2010 | 0 | 0 | | 0 | 161 |
| 9/13/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 8/1/2010 | 11.39- | 213.84 | 9/13/2010 | 0 | 173 |
| 9/13/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 8/1/2010 | 0 | 0 | | 0 | 168 |
| 8/12/2010 | | Delinquent tax advance | 0 | 0 | 0 | 0 | EMD | 7/1/2009 | 0 | 0 | | 0 | 314 |
| 8/12/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 7/1/2010 | 0 | 0 | | 0 | 168 |
| 8/12/2010 | | Escrow advance | 0 | 0 | 0 | 0 | ESA | 8/1/2010 | 0 | 0 | | 0 | 161 |
| 8/12/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 7/1/2010 | 11.39- | 213.84 | 8/12/2010 | 0 | 173 |
| 7/12/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 6/1/2010 | 0 | 0 | | 0 | 168 |
| 7/12/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 6/1/2010 | 11.39- | 213.84 | 7/12/2010 | 0 | 173 |
| 6/15/2010 | | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 5/1/2010 | 11.39- | 213.84 | 6/15/2010 | 0 | 173 |
| 6/15/2010 | | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 5/1/2010 | 0 | 0 | | 0 | 168 |

| Date | Transaction | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Code | Date | Amt 5 | Amt 6 | Date | Amt 7 | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2010 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 4/1/2010 | 0 | 0 | | 0 | 168 |
| 5/28/2010 | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 4/1/2010 | 11.39- | 213.84 | 5/28/2010 | 0 | 173 |
| 4/15/2010 | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 3/1/2010 | 11.39- | 213.84 | 4/15/2010 | 0 | 173 |
| 4/15/2010 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 3/1/2010 | 0 | | | 0 | 168 |
| 3/16/2010 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 2/1/2010 | 0 | | | 0 | 168 |
| 3/16/2010 | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 2/1/2010 | 11.39- | 213.84 | 3/16/2010 | 0 | 173 |
| 2/16/2010 | Payment | 1,300.50 | 0 | 0 | 0 | FEP | 2/1/2010 | 1,300.50 | 0 | 2/16/2010 | 0 | 172 |
| 1/16/2010 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 1/1/2010 | 0 | | | 0 | 168 |
| 1/16/2010 | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 1/1/2010 | 0 | 213.84 | 1/16/2010 | -11.39 | 172 |
| 12/15/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 11.39 | FEP | 12/1/2009 | 0 | 213.84 | 12/15/2009 | -11.39 | 172 |
| 12/15/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2009 | 0 | | | 0 | 168 |
| 11/16/2009 | Payment | 1,347.89 | 0 | 1,336.50 | 11.39 | FEP | 11/1/2009 | 0 | 213.84 | 11/16/2009 | 0 | 172 |
| 11/16/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 11/1/2009 | 0 | | | 0 | 168 |
| 10/16/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 10/1/2009 | 0 | 213.84 | 10/16/2009 | 0 | 172 |
| 9/17/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 9/1/2009 | 0 | 213.84 | 9/17/2009 | 0 | 172 |
| 8/14/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 8/1/2009 | 0 | 213.84 | 8/14/2009 | 0 | 172 |
| 7/14/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 7/1/2009 | 0 | 213.84 | 7/14/2009 | 0 | 172 |
| 6/15/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 6/1/2009 | 0 | 213.84 | 6/15/2009 | 0 | 172 |
| 5/15/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 5/1/2009 | 0 | 213.84 | 5/15/2009 | 0 | 172 |
| 5/7/2009 | Hazard insurance refund deposi | 0 | 0 | 0 | 0 | HSA | 5/1/2009 | 0 | 0 | | 0 | 163 |
| 5/7/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 5/1/2009 | 0 | 0 | | 0 | 168 |
| 4/16/2009 | Adjustment | 0 | 0 | 0 | 0 | MSA | | 0 | 0 | | 0 | 143 |
| 4/13/2009 | Payment | 1,336.50 | 0 | 1,336.50 | 0 | FEP | 3/1/2009 | 0 | 213.84 | 4/13/2009 | 0 | 172 |
| 4/1/2009 | Escrow advance | 0 | 0 | 0 | 0 | ESA | 3/1/2009 | 0 | 0 | | 0 | 161 |
| 3/31/2009 | Initail escrow deposit, closin | 0 | 0 | 1,336.50 | -10.5 | SVA | 2/1/2009 | 1,326.00- | 213.84 | 1/20/2009 | 0 | 170 |
| 3/31/2009 | Initail escrow deposit, closin | 0 | 0 | 1,336.50 | 0.9 | SVA | 3/1/2009 | 1,337.40- | 213.84 | 3/16/2009 | 0 | 170 |
| 3/31/2009 | Escrow advance | 0 | 0 | 0 | 0 | ESA | 2/1/2009 | 0 | 0 | | 0 | 161 |
| 3/31/2009 | Late charge adjustment | 79.86 | 0 | 0 | 0 | LCA | | 0 | 0 | | 0 | 132 |
| 3/30/2009 | Misapplication reversal | 0 | -1,326.90 | 0 | 0 | SVA | 2/1/2009 | 0 | 0 | | 0 | 147 |
| 3/30/2009 | Misapplication reversal | 0 | 0 | 0 | -5.53 | SVA | 3/1/2009 | 5.53 | 0 | | 0 | 147 |
| 3/30/2009 | Misapplication reversal | 0 | 0 | 0 | 0 | SVA | 2/1/2009 | 1,326.90 | 0 | | 0 | 147 |
| 3/30/2009 | Misapplication reversal | 0 | 0 | -1,330.97 | 0 | SVA | 2/1/2009 | 1,330.97 | 212.96- | | 0 | 147 |
| 3/26/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 3/1/2009 | 0 | 0 | | 0 | 168 |
| 3/26/2009 | Initail escrow deposit, closin | 0 | 0 | 0 | 5.53 | SVA | 3/1/2009 | 5.53- | 0 | 3/25/2009 | 0 | 170 |
| 3/24/2009 | Escrow advance | 0 | 0 | 0 | 0 | ESA | 3/1/2009 | 0 | 0 | | 0 | 161 |
| 3/23/2009 | Hazard insurance disbursement | 0 | 0 | 0 | 0 | ARS | 1/1/2009 | 0 | 0 | | 0 | 351 |
| 3/16/2009 | Payment | 1,336.50 | 0 | 1,330.97 | 0 | FEP | 2/1/2009 | 5.53 | 212.96 | 3/16/2009 | 0 | 172 |
| 1/20/2009 | Payment | 0 | 0 | 0 | 0 | FEP | 2/1/2009 | 9.60- | 0 | | 9.6 | 173 |
| 1/20/2009 | Principal payment | 0 | 1,326.90 | 0 | 0 | FEP | 2/1/2009 | 1,326.90- | 0 | 1/19/2009 | 0 | 175 |
| 1/16/2009 | Initail escrow deposit, closin | 65 | 0 | 0 | 0 | SVA | 1/1/2009 | 0 | 0 | | 65 | 170 |
| 1/16/2009 | Payment | 0 | 0 | 1,336.50 | 0 | FEP | 1/1/2009 | 1,336.50- | 213.84 | 1/16/2009 | 0 | 173 |
| 1/16/2009 | Initail escrow deposit, closin | 8,217.99 | 0 | 0 | 9,999.99 | SVA | 1/1/2009 | 2,391.93- | 0 | 1/16/2009 | 609.93 | 170 |
| 1/16/2009 | Initail escrow deposit, closin | 95 | 0 | 0 | 0 | SVA | 1/1/2009 | 0 | 0 | | 95 | 170 |
| 1/16/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 1/1/2009 | 0 | 0 | | 0 | 168 |
| 1/16/2009 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 1/1/2009 | 0 | 0 | | 0 | 168 |
| 1/16/2009 | Initail escrow deposit, closin | 3,004.43 | 0 | 0 | 2,305.78 | SVA | 1/1/2009 | 0 | 0 | | 698.65 | 170 |
| 1/12/2009 | Payment | 2,673.00 | 0 | 0 | 0 | FEP | 1/1/2009 | 2,673.00 | 0 | 1/12/2009 | 0 | 173 |
| 1/9/2009 | Adjustment | 0 | 0 | 0 | 0 | MSA | | 0 | 0 | | 0 | 143 |
| 1/9/2009 | Adjustment | 17,999.16- | -17,999.16 | 0 | 0 | MSA | | 0 | 0 | | 0 | 143 |
| 10/17/2008 | Payment | 2,600.82 | 236.16 | 2,461.86 | 111.69 | FEP | 8/1/2008 | 208.89- | 202 | 10/17/2008 | 0 | 173 |
| 10/17/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 8/1/2008 | 0 | 0 | | 0 | 168 |
| 9/16/2008 | Payment | 2,600.82 | 0 | 0 | 0 | FEP | 8/1/2008 | 2,600.82 | 0 | 9/16/2008 | 0 | 173 |
| 9/12/2008 | Escrow advance | 0 | 0 | 0 | 0 | ESA | 8/1/2008 | 0 | 0 | | 0 | 161 |

| Date | Description | | | | | Code | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2008 | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 7/1/2007 | 0 | 0 | | 0 | 320 |
| 8/26/2008 | Escrow advance | 0 | 0 | 0 | 0 | ESA | 8/1/2008 | 0 | 0 | | 0 | 161 |
| 8/25/2008 | City/Town tax disbursement | 0 | 0 | 0 | 0 | EIC | 7/1/2007 | 0 | 0 | | 0 | 320 |
| 7/16/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 7/1/2008 | 0 | 0 | | 0 | 168 |
| 7/16/2008 | Payment | 3,396.67 | 234.26 | 2,463.76 | 698.65 | FEP | 7/1/2008 | 0 | 202.15 | 7/16/2008 | 0 | 172 |
| 6/16/2008 | Payment | 3,396.67 | 232.37 | 2,465.65 | 340.48 | FEP | 6/1/2008 | 0 | 202.31 | 6/16/2008 | 358.17 | 172 |
| 6/16/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 6/1/2008 | 0 | 0 | | 0 | 168 |
| 5/16/2008 | Payment | 3,368.18 | 230.5 | 2,467.52 | 670.16 | FEP | 5/1/2008 | 0 | 202.46 | 5/16/2008 | 0 | 172 |
| 5/16/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 5/1/2008 | 0 | 0 | | 0 | 168 |
| 4/16/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 4/1/2008 | 0 | 0 | | 0 | 168 |
| 4/16/2008 | Payment | 3,368.18 | 228.64 | 2,469.38 | 670.16 | FEP | 4/1/2008 | 0 | 202.62 | 4/16/2008 | 0 | 172 |
| 3/17/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 3/1/2008 | 0 | 0 | | 0 | 168 |
| 3/17/2008 | Payment | 3,368.18 | 226.8 | 2,471.22 | 670.16 | FEP | 3/1/2008 | 0 | 202.77 | 3/17/2008 | 0 | 172 |
| 2/19/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 2/1/2008 | 0 | 0 | | 0 | 168 |
| 2/19/2008 | Payment | 3,557.71 | 192.85 | 2,694.70 | 670.16 | FEP | 2/1/2008 | 0 | 202.9 | 2/19/2008 | 0 | 172 |
| 1/16/2008 | Payment | 3,557.71 | 191.15 | 2,696.40 | 670.16 | FEP | 1/1/2008 | 0 | 203.02 | 1/16/2008 | 0 | 172 |
| 1/16/2008 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 1/1/2008 | 0 | 0 | | 0 | 168 |
| 12/17/2007 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 12/1/2007 | 0 | 0 | | 0 | 168 |
| 12/17/2007 | Payment | 3,557.71 | 189.48 | 2,698.07 | 670.16 | FEP | 12/1/2007 | 0 | 203.15 | 12/17/2007 | 0 | 172 |
| 11/15/2007 | Payment | 3,557.71 | 187.81 | 2,699.74 | 670.16 | FEP | 11/1/2007 | 0 | 203.27 | 11/15/2007 | 0 | 172 |
| 11/15/2007 | Repay of escrow advance | 0 | 0 | 0 | 0 | ESA | 11/1/2007 | 0 | 0 | | 0 | 168 |

OCWEN
MSX-SHSC
Detail Transaction History
Page     0
--Run Date/Time--
08/22/2017  10:08

--------------------------------------------------------------------------------------------------------------------------------

LOAN#: [REDACTED]   INVESTOR: 4502   POOL#: 1   NEXT DUE DT:12/01/2010   INTEREST RATE: 5.00000   PRIN BAL:  320,760.58
BORR: Masoud Shakoori Naminy                                                                       ESC BAL:   59,022.69-
BORR2:
PROP: 1541 Ten Rod Rd                          MAIL:  PO BOX 763
      Exeter RI 02822-1910                            WYOMING RI 02898-0763

--------------------------------------------------------------------------------------------------------------------------------

| --TRANSACTION-- EFFECTIVE | TIME | RV | TRN DESCRIPTION | NXT DUE/REF | REVERSED | AFTER TRANS. BALANCES PRINCIPAL | ESCROW | TOTAL AMOUNT | APPLIED PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/13 | 23:59:01 | | NLD Loan Disbursement | NL NewLoan Setup Balances | | 320760.58 | 0 | -327547.62 | -320760.58 | 0 | 0 | 0 | -6787.04 |
| 02/04/13 | 23:59:04 | | ESA Escrow Balance Adjustment | NL NewLoan Setup Balances | | 320760.58 | -28354.33 | -28354.33 | 0 | 0 | -28354.33 | 0 | 0 |
| 04/25/13 | 09:03:15 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -29588.49 | -1234.16 | 0 | 0 | -1234.16 | 0 | 0 |
| 05/29/13 | 12:25:45 | | IVT Investor Pool/Pool Transfer | 0 | | 0 | 0 | 357275.61 | 320760.58 | 0 | 29588.49 | 0 | 6926.54 |
| 05/29/13 | 12:25:47 | | IVT Investor Pool/Pool Transfer | 1 | | 320760.58 | -29588.49 | -357275.61 | -320760.58 | 0 | -29588.49 | 0 | -6926.54 |
| 07/25/13 | 08:37:42 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -30851.85 | -1263.36 | 0 | 0 | -1263.36 | 0 | 0 |
| 10/16/13 | 12:48:32 | | EID Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 320760.58 | -33728.85 | -2877 | 0 | 0 | -2877 | 0 | 0 |
| 10/23/13 | 08:25:17 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -34992.19 | -1263.34 | 0 | 0 | -1263.34 | 0 | 0 |
| 11/04/13 | 23:24:10 | | EBS Bankruptcy Escrow Adjustment | 33 | | 320760.58 | -34992.19 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01/31/14 | 08:05:54 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -36255.53 | -1263.34 | 0 | 0 | -1263.34 | 0 | 0 |
| 02/12/14 | 02:07:20 | | PAS Altplan Suspense Adjustment | | | 320760.58 | -36255.53 | 0 | 0 | 0 | 0 | 0 | 0 |
| 04/23/14 | 08:14:47 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -37518.87 | -1263.34 | 0 | 0 | -1263.34 | 0 | 0 |
| 08/06/14 | 12:45:03 | | EID Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 320760.58 | -40473.87 | -2955 | 0 | 0 | -2955 | 0 | 0 |
| 08/27/14 | 08:31:02 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -41729.49 | -1255.62 | 0 | 0 | -1255.62 | 0 | 0 |
| 10/23/14 | 08:26:37 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -42985.11 | -1255.62 | 0 | 0 | -1255.62 | 0 | 0 |
| 02/18/15 | 10:38:23 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -44240.73 | -1255.62 | 0 | 0 | -1255.62 | 0 | 0 |
| 05/28/15 | 08:41:01 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -45496.35 | -1255.62 | 0 | 0 | -1255.62 | 0 | 0 |
| 07/31/15 | 00:30:34 | | EXW Expense Waive | | | 320760.58 | -45496.35 | 12.25 | 0 | 0 | 0 | 0 | 12.25 |
| 08/24/15 | 09:07:09 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -46784.74 | -1288.39 | 0 | 0 | -1288.39 | 0 | 0 |
| 10/05/15 | 13:43:53 | | EID Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 320760.58 | -49422.74 | -2638 | 0 | 0 | -2638 | 0 | 0 |
| 02/22/16 | 09:44:41 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -50711.13 | -1288.39 | 0 | 0 | -1288.39 | 0 | 0 |
| 05/02/16 | 11:37:05 | | EBS Bankruptcy Escrow Adjustment | 99 POC Escrow Shortage Adjustment | | 320760.58 | -50711.13 | 0 | 0 | 0 | 0 | 0 | 0 |
| 05/23/16 | 09:40:17 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -51999.52 | -1288.39 | 0 | 0 | -1288.39 | 0 | 0 |
| 07/06/16 | 14:13:57 | | EID Insurance Escrow Disb | 56 Lender placed Hazard Insurance | | 320760.58 | -54637.52 | -2638 | 0 | 0 | -2638 | 0 | 0 |
| 08/15/16 | 10:01:52 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -55973.69 | -1336.17 | 0 | 0 | -1336.17 | 0 | 0 |
| 08/25/16 | 12:02:21 | | EIC Insurance Escrow Credit | 56 Lender placed Hazard Insurance | | 320760.58 | -53653.7 | 2319.99 | 0 | 0 | 2319.99 | 0 | 0 |
| 11/16/16 | 09:26:16 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -54989.87 | -1336.17 | 0 | 0 | -1336.17 | 0 | 0 |
| 02/17/17 | 10:13:12 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -56326.04 | -1336.17 | 0 | 0 | -1336.17 | 0 | 0 |
| 05/24/17 | 10:06:57 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -57662.21 | -1336.17 | 0 | 0 | -1336.17 | 0 | 0 |
| 08/18/17 | 10:07:33 | | ETD Tax Escrow Disbursement | 33 | | 320760.58 | -59022.69 | -1360.48 | 0 | 0 | -1360.48 | 0 | 0 |