# EXHIBIT 15

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Rhode Island

In re **Masoud Shakoori-Naminy**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Mortgage Co. | **Describe Property Securing Debt:**<br>real estate located<br>Location: 1541 Ten Rod Rd., Exeter RI 02822-1910 |

Property will be (check one):  
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☒ Other. Explain **Debtor will retain collateral and continue to make regular payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Mortgage Co. | **Describe Property Securing Debt:**<br>real estate located<br>Location: 1541 Ten Rod Rd., Exeter RI 02822-1910 |

Property will be (check one):  
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☒ Other. Explain **Debtor will retain collateral and continue to make regular payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ☐ NO |

B8 (Form 8) (12/08)                                                                     Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 30, 2015**                      Signature    **/s/ Masoud Shakoori-Naminy**
                                                                                **Masoud Shakoori-Naminy**
                                                                                Debtor