## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

U.S. Bank N.A. as Trustee for the Registered Holders
of the Structured Asset Securities Corporation,
Structured Asset Investment Loan Trust, Mortgage
Pass-Through Certificates, Series 2003-BC11              Civil Action No. 17-cv-00394
    Plaintiff(s)

       v.

Masoud Shakoori-Naminy a/k/a Masoud Shakoori, et al.

### ASSENTED TO MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

Now come the Defendants, Masoud Shakorri-Naminy and Brenda Shakoori-Naminy, in the above-entitled matter and request that the Court extend the deadline to answer this case for an additional 30 days through October 30, 2017. The Defendants need additional time to respond to the detailed allegations referenced in the Plaintiff's Complaint. Counsel for the Plaintiff consents to the relief requested herein.

**WHEREFORE**, the Defendants, Masoud Shakorri-Naminy and Brenda Shakoori-Naminy, pray that their Assented to Motion to Enlarge Time to Answer Complaint be granted and that the deadline to answer this case be extended to October 30, 2017.

                                              Masoud Shakoori-Naminy
                                              Brenda Shakoori-Naminy
                                              By their Attorney


                                              **/s/Christopher M. Lefebvre**
                                              P. O. Box 479
                                              Pawtucket, RI 02862
                                              (401)728-6060
                                              Bar # 4019

### CERTIFICATION OF SERVICE

I hereby certify that on September 27, 2017, I electronically filed an Assented to Motion to Enlarge Time to Answer Complaint with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
John S. McNicholas jmcnicholas@kordeassoc.com

                                                /s/Christopher M. Lefebvre