# EXHIBIT 14

Loan: ▮▮▮▮
When recorded return to:
Marinosci Law Group, P.C.
1350 Division Road, Suite 301
West Warwick, RI 02893
MLG File No.: ▮▮▮▮

INST: 00000867
BK:  401 PG: 210

A TRUE COPY
ATTEST: _____
CLERK
DATE: 8-24-2017

## *CORRECTIVE ASSIGNMENT OF MORTGAGE
## RHODE ISLAND

This ASSIGNMENT OF MORTGAGE is made and entered into as of this 15 day of July, 2011 from Sand Canyon Corporation f/k/a Option One Mortgage Corporation, whose address is 6501 Irvine Center Drive, Irvine, CA 92618 ("Assignor") to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC11, C/O American Home Mortgage Servicing, Inc., whose address is 1525 S. Belt Line Road, Coppell, TX, 75019 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Town of Exeter Records of Land Evidence, State of Rhode Island, as follows:

Mortgagor: Masoud Shakoori-Naminy aka Masoud Shakoori
Mortgagee: Option One Mortgage Corporation
Document Date: July 16, 2003
Recording Date: July 21, 2003
Book/Volume/Docket/Liber: 0212
Page/Folio: 001
Property address: 1541 TEN ROD RD, EXETER, RI 02822
Property described as follows:

RECEIVED FOR RECORD
EXETER, RI
Jul 29, 2011  09:44:44A
BOOK:  401 PAGE:  210
LYNN M. HAWKINS
TOWN CLERK

FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges. This Assignment is made without recourse, representation or warranty.

This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name by its proper officer thereunto duly authorized, the 15 day of July, 2011.

Sand Canyon Corporation f/k/a
Option One Mortgage Corporation
BY: _____
Name: Tonya Hopkins
Title: Assistant Secretary

Signed, sealed and delivered in the presence of:
(1) _____ Wendy Bebermeyer
(2) _____ Margret Spirar

STATE OF Florida
COUNTY OF Duval ) ss.

In Jacksonville, FL on the 15 day of July, 2011, before me personally appeared Tonya Hopkins, Authorized Representative of Sand Canyon Corporation f/k/a Option One Mortgage Corporation to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of Sand Canyon Corporation f/k/a Option One Mortgage Corporation.

LUBICA V SIMON
MY COMMISSION # EE063165
EXPIRES April 11, 2015
(407) 398-0153  FloridaNotaryService.com

Notary Public
Name: LUBICA V. SIMON
My commission Expires: April 11, 2015

* This Corrective Assignment of Mortgage is intended to correct that certain Assignment of Mortgage recorded on December 26, 2008 in Book 348 at Page 43 in the Town of Exeter Records of Land Evidence, as through inadvertent mistake, American Home Mortgage Servicing, Inc. was incorrectly named as successor-in-interest to Option One Mortgage Corporation.