# EXHIBIT 23

# RHODE ISLAND

INST: 00000404
BK: 438 PG: 71

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH:(208)528-9895
ATT: TERRILL NIELSON

A TRUE COPY
ATTEST: _Ruth A. Stone_
CLERK
DATE: 8-24-2017

TOWN OF EXETER
Loan.No ( [redacted] )  [redacted]

Pool.No

Space above for recorder's use

Assignment-Interv.-Recorded
## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **LASALLE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, BY HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., ITS ATTORNEY IN FACT,** located at **1525 S. BELTLINE RD., COPPELL, TX 75019** does hereby grant, assign, transfer and set over unto **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11**

located at **60 LIVINGSTON AVE. ST. PAUL, MN 55107**
                                                                                              its successors
and assigns a certain Mortgage or Deed of Trust dated **JULY 16, 2003**
executed by **MASOUD SHAKOORI-NAMINY A/K/A MASOUD SHAKOORI**
                                                                                              as Grantor(s),
and recorded in Volume **0212**    Page No. **001**    Instrument No. _____
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of **EXETER**    State of Rhode Island on the **21st** day of **JULY 2003**
Time of recording **11:30AM**    .
Property Address: **1541 TEN ROD RD EXETER, RI 02822**

Loan No.

(NMRI.RI)                    Page 1 of 2

Loan.No ( [REDACTED] ) [REDACTED]

INST: 00000404
BK: 438 PG: 72

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED **FEBRUARY 22, 2013**

LASALLE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, BY HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., ITS ATTORNEY IN FACT

Witness, **ALYSSA WELLS**

**PAMELA STODDARD**
**ASSISTANT SECRETARY**

Witness, **MIRIAM SERNA**

STATE OF **IDAHO** )
) ss
COUNTY OF **BONNEVILLE** )

RECEIVED FOR RECORD
EXETER, RI
Mar 25, 2013 01:04:34P
BOOK: 438 PAGE: 71
LYNN M. HAWKINS
TOWN CLERK

On **FEBRUARY 22, 2013**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **PAMELA STODDARD** known to me to be the person who executed the within instrument as the **ASSISTANT SECRETARY**, and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

**KATHERINE LARREA** (COMMISSION EXP. 06-15-18)
NOTARY PUBLIC

KATHERINE LARREA
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.RI.2) Page 2 of 2