# EXHIBIT 24

INST: 00001021
BK: 464 PG: 249

A TRUE COPY
_Ruth R. Stone_
CLERK
DATE: 8-24-2017

APN #: PLAT 32 BLOCK 2 LOT 8
Prepared By: Gina Herman / PD
When Recorded Mail To:
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
Phone Number: 561-682-8835

### ASSIGNMENT OF MORTGAGE
### RHODE ISLAND

This ASSIGNMENT OF MORTGAGE from U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, whose address is c/o Ocwen Loan Servicing, LLC. , 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignor") to U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, whose address is c/o Ocwen Loan Servicing, LLC. , 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the Public Records of EXETER TOWN, State of RHODE ISLAND, as follows;

Mortgagor: MASOUD SHAKOORI-NAMINY A/K/A MASOUD SHAKOORI
Mortgagee: OPTION ONE MORTGAGE CORPORATION
Document Date: JULY 16, 2003
Amount: $ 315,400.00
Recording Date: JULY 21, 2003
Book/Volume/Docket/Liber: 0212
Page/Folio: 001
Property address: 1541 TEN ROD ROAD, EXETER, RI 02822-1910
Property described as follows:
*FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE*
This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the _22nd_ day of _October_, 2014

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED
ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2003-BC11
BY ITS ATTORNEY IN FACT
OCWEN LOAN SERVICING, LLC

BY: _Brandy Berns_
NAME: **BRANDY BERNS**
TITLE: Authorized Signer

Signed, sealed and delivered in the presence of:
(1) _Mary Kammeyer_ **MARY KAMMEYER**
(2) _Cameron Carlson_ **CAMERON CARLSON**

RECEIVED FOR RECORD
EXETER, RI
NOV 05, 2014 01:01P
BOOK: 464 PAGE: 249
LYNN M. HAWKINS
TOWN CLERK

STATE OF IOWA )
                ) ss.
COUNTY OF BLACK HAWK )

The foregoing instrument was acknowledged before me this _22nd_ day of _October_, 2014, by **BRANDY BERNS** Authorized Signer at Ocwen Loan Servicing, LLC, Attorney in Fact FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11 on behalf of the company. He/She is personally known to me.

_Karen Smith_
Notary Public –   **Karen Smith**
State of IOWA



KAREN SMITH
COMMISSION NO.784540
MY COMMISSION EXPIRES
JUNE 10, 2017