## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, <br><br>        Plaintiff, <br><br> v. <br><br> MASOUD SHAKOORI-NAMINY a/k/a MASOUD SHAKOORI, BRENDA SHAKOORI-NAMINY, WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE FOR BEAR STEARNS SECOND LIEN TRUST 2007-SV1, MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SV1, HERITAGE CONCRETE CORP., THE FIREPLACE LLC, STEPHEN E. MOTTAU and HALLINAN CAPITAL CORPORATION, <br><br>        Defendants. | C.A. No. 17-CV-00394-WES-LDA |

## **CONSENT ORDER**

In consideration of Plaintiff, U.S. Bank, N.A., as Trustee for the Register Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BV11's ("U.S. Bank, as Trustee" or "Plaintiff") Motion to Compel, Plaintiff and Defendant, Masoud Shakoori-Naminy a/k/a Masoud Shakoori ("Shakoori" or "Defendant") (together, "the Parties") consent to an October 16, 2020 deadline for Defendant to respond to Plaintiff's Request for Production of Documents served on May 27, 2020 and with an initial deadline of June 26, 2020 to respond. The Defendant further agrees that he will seek no further extension of the October 16, 2020  deadline to respond. Lastly, the

Defendant agrees to an extension of the current fact discovery deadlines to be submitted under a separate filed Motion to Extend.

ENTER:                                                    BY ORDER:


_____          _____
Judge Smith                                              Clerk


Dated: _____


                                                              Presented by:

                                                              U.S. BANK N.A., AS TRUSTEE FOR THE
                                                              REGISTERED HOLDERS OF THE
                                                              STRUCTURED ASSET SECURITIES
                                                              CORPORATION, STRUCTURED ASSET
                                                              INVESTMENT LOAN TRUST, MORTGAGE
                                                              PASS-THROUGH CERTIFICATES, SERIES
                                                              2003-BC11

                                                              By: Its Attorney

                                                              /s/ *Jamal D. Burk*
                                                              Samuel C. Bodurtha, Bar No. 7075
                                                              Jamal D. Burk, Bar No. 9550
                                                              HINSHAW & CULBERTSON LLP
                                                              56 Exchange Terrace, 5th Floor
                                                              Providence, RI  02903
                                                              Tel: 401-751-0842/Fax: 401-751-0072
                                                              Email:  jburk@hinshawlaw.com

Dated: _____September 3, 2020_____

                                                    2

## CERTIFICATE OF SERVICE

I, Jamal D. Burk, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 3, 2020.

/s/ *Jamal D. Burk*
Jamal D. Burk, Bar #9550

1019463\306534993.v1