# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

U.S. Bank N.A.
Plaintiff,

v.  Case No.: 1:17−cv−00394−WES−LDA

Masoud Shakoori−Naminy, et al.
Defendant.

## CALENDAR CALL NOTICE

The parties are hereby notified that the above−captioned case is on the trial calendar commencing in July. A Calendar Call will be held before District Judge William E. Smith in Remote Hearing on June 28, 2021 at 09:30 AM.

Every effort will be made to provide a date certain for trial at the calendar call, however, dates are subject to change due to settlement or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following the Calendar Call, a final pretrial conference will be held. The date for the final pretrial conference will be set at the Calendar Call, if not before.

Counsel are instructed to keep the case manager for the undersigned judge informed of the status of the above−captioned case.

June 8, 2021                                          By the Court:

/s/ William E. Smith
United States District Judge


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401−752−7213