UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK N.A AS TRUSTEE

          VS          CA: 17-CV-394 WES

MASOUND SHAKOORI ET AL

## AMENDED SCHEDULING ORDER

The Scheduling Order in this matter is amended as follows:

1. Defendant shall file any motions in limine on or before March 10, 2022.

2. Plaintiff's response is due by March 16, 2022.

3. Defendant's reply shall be due by March 19, 2022.

3. Defendant shall file his proposed findings of fact and conclusions of law on or before March 19, 2022.

ENTER          PER ORDER

_____          _____

Judge Smith          Clerk

March 8, 2022                                             Presented by:

/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, RI 02920
401-943-9230
Jbelaw75@gmail.com

CERTIFICATE OF SERVICE

I certify that I served a copy of this Order on Plaintiff by electronic filing on

March 8, 2022.

/s/ John B. Ennis