# EXHIBIT B

| | |
|---|---|
| **From:** | Bodurtha, Samuel C. |
| **To:** | John Ennis (jbelaw75@gmail.com) |
| **Cc:** | Burk, Jamal D. |
| **Subject:** | Naminy: Additional Production |
| **Date:** | Tuesday, January 18, 2022 9:37:12 AM |
| **Attachments:** | Naminy - Option One.pdf |
| | Naminy - 4325-SAIL 2003-BC11 - MLS.pdf |
| | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |

Hi John:

We did not hear back from you on how you want the loan schedules delivered. So, we have redacted all other loans and included the headers for each spreadsheet in this supplemental production. If you require more information out of the loan schedules, please let us know.

Many thanks,
Sam


**Samuel C. Bodurtha**
**Hinshaw & Culbertson LLP**

SBodurtha@hinshawlaw.com
My Bio | hinshawlaw.com

*Boston Office*
53 State Street, 27th Floor, Boston, MA 02109
**O:** 617-213-7039 | **F:** 617-249-0245

*Providence Office*
56 Exchange Terrace, 5th Floor, Providence, RI 02903
**O:** 401-751-0842 | **F:** 401-751-0072

Follow us on    

Hinshaw & Culbertson LLP

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DEAL | LOANID | ALOANID | SLOANID | ORIGINATOR | SERVICER | CURBAL |
| 2854 | | | | | | | |
| 2855 | | | | | | | |
| 2856 | | | | | | | |
| 2857 | | | | | | | |
| 2858 | | | | | | | |
| 2859 | | | | | | | |
| 2860 | | | | | | | |
| 2861 | | | | | | | |
| 2862 | | | | | | | |
| 2863 | | | | | | | |
| 2864 | | | | | | | |
| 2865 | | | | | | | |
| 2866 | | | | | | | |
| 2867 | | | | | | | |
| 2868 | | | | | | | |
| 2869 | | | | | | | |
| 2870 | | | | | | | |
| 2871 | | | | | | | |
| 2872 | | | | | | | |
| 2873 | | | | | | | |
| 2874 | | | | | | | |
| 2875 | | | | | | | |
| 2876 | | | | | | | |
| 2877 | | | | | | | |
| 2878 | | | | | | | |
| 2879 | | | | | | | |
| 2880 | | | | | | | |
| 2881 | | | | | | | |
| 2882 | | | | | | | |
| 2883 | | | | | | | |
| 2884 | | | | | | | |
| 2885 | | | | | | | |
| 2886 | | | | | | | |
| 2887 | | | | | | | |
| 2888 | | | | | | | |
| 2889 | | | | | | | |
| 2890 | | | | | | | |
| 2891 | | | | | | | |
| 2892 | | | | | | | |
| 2893 | | | | | | | |
| 2894 | BC11 | 381006307 | 109718189 | 11380177 | OPTION ONE | OPTION ONE | 314962.25 |
| 2895 | | | | | | | |
| 2896 | | | | | | | |
| 2897 | | | | | | | |
| 2898 | | | | | | | |
| 2899 | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOANID | ALOANID | SLOANID | ORIGBAL | CURBAL | SRBAL | SUBBAL | ASOFDATE | ORIGDATE | FPDATE | MTDATE | FRADATE | FPADATE | NRADATE | NPADATE | PTDATE | NDUEDATE | DAYSDEL | ORIGTERM | AMTERM | STDRTM | SEASON | OPANDI |
| 9737 | | | | | | | | | | | | | | | | | | | | | | | |
| 9738 | | | | | | | | | | | | | | | | | | | | | | | |
| 9739 | | | | | | | | | | | | | | | | | | | | | | | |
| 9740 | | | | | | | | | | | | | | | | | | | | | | | |
| 9741 | | | | | | | | | | | | | | | | | | | | | | | |
| 9742 | | | | | | | | | | | | | | | | | | | | | | | |
| 9743 | | | | | | | | | | | | | | | | | | | | | | | |
| 9744 | | | | | | | | | | | | | | | | | | | | | | | |
| 9745 | | | | | | | | | | | | | | | | | | | | | | | |
| 9746 | | | | | | | | | | | | | | | | | | | | | | | |
| 9747 | | | | | | | | | | | | | | | | | | | | | | | |
| 9748 | | | | | | | | | | | | | | | | | | | | | | | |
| 9749 | | | | | | | | | | | | | | | | | | | | | | | |
| 9750 | | | | | | | | | | | | | | | | | | | | | | | |
| 9751 | | | | | | | | | | | | | | | | | | | | | | | |
| 9752 | | | | | | | | | | | | | | | | | | | | | | | |
| 9753 | | | | | | | | | | | | | | | | | | | | | | | |
| 9754 | | | | | | | | | | | | | | | | | | | | | | | |
| 9755 | | | | | | | | | | | | | | | | | | | | | | | |
| 9756 | | | | | | | | | | | | | | | | | | | | | | | |
| 9757 | | | | | | | | | | | | | | | | | | | | | | | |
| 9758 | | | | | | | | | | | | | | | | | | | | | | | |
| 9759 | | | | | | | | | | | | | | | | | | | | | | | |
| 9760 | | | | | | | | | | | | | | | | | | | | | | | |
| 9761 | | | | | | | | | | | | | | | | | | | | | | | |
| 9762 | | | | | | | | | | | | | | | | | | | | | | | |
| 9763 | | | | | | | | | | | | | | | | | | | | | | | |
| 9764 | | | | | | | | | | | | | | | | | | | | | | | |
| 9765 | | | | | | | | | | | | | | | | | | | | | | | |
| 9766 | | | | | | | | | | | | | | | | | | | | | | | |
| 9767 | | | | | | | | | | | | | | | | | | | | | | | |
| 9768 | | | | | | | | | | | | | | | | | | | | | | | |
| 9769 | | | | | | | | | | | | | | | | | | | | | | | |
| 9770 | | | | | | | | | | | | | | | | | | | | | | | |
| 9771 | 381006307 | 109718189 | 113801777 | 315,400.00 | 314,962.25 | 0 | 69,350.00 | 10/1/2003 | 7/21/2003 | 9/1/2003 | 8/1/2033 | 8/1/2005 | 9/1/2005 | 8/1/2005 | 9/1/2005 | 9/1/2003 | 10/1/2003 | 0 | 360 | 360 | 358 | 2 | 2,281.40 |
| 9772 | | | | | | | | | | | | | | | | | | | | | | | |
| 9773 | | | | | | | | | | | | | | | | | | | | | | | |
| 9774 | | | | | | | | | | | | | | | | | | | | | | | |
| 9775 | | | | | | | | | | | | | | | | | | | | | | | |
| 9776 | | | | | | | | | | | | | | | | | | | | | | | |
| 9777 | | | | | | | | | | | | | | | | | | | | | | | |
| 9778 | | | | | | | | | | | | | | | | | | | | | | | |
| 9779 | | | | | | | | | | | | | | | | | | | | | | | |
| 9780 | | | | | | | | | | | | | | | | | | | | | | | |
| 9781 | | | | | | | | | | | | | | | | | | | | | | | |
| 9782 | | | | | | | | | | | | | | | | | | | | | | | |
| 9783 | | | | | | | | | | | | | | | | | | | | | | | |
| 9784 | | | | | | | | | | | | | | | | | | | | | | | |
| 9785 | | | | | | | | | | | | | | | | | | | | | | | |
| 9786 | | | | | | | | | | | | | | | | | | | | | | | |
| 9787 | | | | | | | | | | | | | | | | | | | | | | | |
| 9788 | | | | | | | | | | | | | | | | | | | | | | | |
| 9789 | | | | | | | | | | | | | | | | | | | | | | | |
| 9790 | | | | | | | | | | | | | | | | | | | | | | | |
| 9791 | | | | | | | | | | | | | | | | | | | | | | | |

| | X<br>PANDI | Y<br>ORIGRATE | Z<br>RATE | AA<br>LOANTYPE | AB<br>BALLOON | AC<br>BALLOON_PAYDATE | AD<br>RATETYPE | AE<br>ARMTYPE | AF<br>TEASER_PERIOD | AG<br>INDEX | AH<br>FLOOR | AI<br>ROUND_CODE | AJ<br>ROUND_FACTOR | AK<br>LOOKBACK | AL<br>MARGIN | AM<br>FPERCAP | AN<br>PERCAP | AO<br>LIFECAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 9737 | | | | | | | | | | | | | | | | | | |
| 9738 | | | | | | | | | | | | | | | | | | |
| 9739 | | | | | | | | | | | | | | | | | | |
| 9740 | | | | | | | | | | | | | | | | | | |
| 9741 | | | | | | | | | | | | | | | | | | |
| 9742 | | | | | | | | | | | | | | | | | | |
| 9743 | | | | | | | | | | | | | | | | | | |
| 9744 | | | | | | | | | | | | | | | | | | |
| 9745 | | | | | | | | | | | | | | | | | | |
| 9746 | | | | | | | | | | | | | | | | | | |
| 9747 | | | | | | | | | | | | | | | | | | |
| 9748 | | | | | | | | | | | | | | | | | | |
| 9749 | | | | | | | | | | | | | | | | | | |
| 9750 | | | | | | | | | | | | | | | | | | |
| 9751 | | | | | | | | | | | | | | | | | | |
| 9752 | | | | | | | | | | | | | | | | | | |
| 9753 | | | | | | | | | | | | | | | | | | |
| 9754 | | | | | | | | | | | | | | | | | | |
| 9755 | | | | | | | | | | | | | | | | | | |
| 9756 | | | | | | | | | | | | | | | | | | |
| 9757 | | | | | | | | | | | | | | | | | | |
| 9758 | | | | | | | | | | | | | | | | | | |
| 9759 | | | | | | | | | | | | | | | | | | |
| 9760 | | | | | | | | | | | | | | | | | | |
| 9761 | | | | | | | | | | | | | | | | | | |
| 9762 | | | | | | | | | | | | | | | | | | |
| 9763 | | | | | | | | | | | | | | | | | | |
| 9764 | | | | | | | | | | | | | | | | | | |
| 9765 | | | | | | | | | | | | | | | | | | |
| 9766 | | | | | | | | | | | | | | | | | | |
| 9767 | | | | | | | | | | | | | | | | | | |
| 9768 | | | | | | | | | | | | | | | | | | |
| 9769 | | | | | | | | | | | | | | | | | | |
| 9770 | | | | | | | | | | | | | | | | | | |
| 9771 | 2,281.40 | 7.85 | 7.85 | Subprime | Fully Amortizing | | Adjustable | 2/28 ARM (Libor) | | 6 Month Libor (Wall St) | 7.85 | Upper | | 0.125 | 30 Days | 5.15 | 3 | 1 | 6 |
| 9772 | | | | | | | | | | | | | | | | | | |
| 9773 | | | | | | | | | | | | | | | | | | |
| 9774 | | | | | | | | | | | | | | | | | | |
| 9775 | | | | | | | | | | | | | | | | | | |
| 9776 | | | | | | | | | | | | | | | | | | |
| 9777 | | | | | | | | | | | | | | | | | | |
| 9778 | | | | | | | | | | | | | | | | | | |
| 9779 | | | | | | | | | | | | | | | | | | |
| 9780 | | | | | | | | | | | | | | | | | | |
| 9781 | | | | | | | | | | | | | | | | | | |
| 9782 | | | | | | | | | | | | | | | | | | |
| 9783 | | | | | | | | | | | | | | | | | | |
| 9784 | | | | | | | | | | | | | | | | | | |
| 9785 | | | | | | | | | | | | | | | | | | |
| 9786 | | | | | | | | | | | | | | | | | | |
| 9787 | | | | | | | | | | | | | | | | | | |
| 9788 | | | | | | | | | | | | | | | | | | |
| 9789 | | | | | | | | | | | | | | | | | | |
| 9790 | | | | | | | | | | | | | | | | | | |
| 9791 | | | | | | | | | | | | | | | | | | |



| | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PAYCAP | MAXRATE | MFRA | MFPA | MNRA | MNPA | RFREQ | PFREQ | CONVERTIBLE | CONVERT_TERM | NEGAM_FLAG | NEGAM_CAP | LIENPOS | APPVAL | PRPRICE | PROPVAL | CSLTV | CURLTV | CCLTV | PMI_CERT_NUM | ORIG_CHANNEL | BROKER_ID | CREDITCL | DTI |
| 9737 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9738 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9739 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9740 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9741 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9742 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9743 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9744 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9745 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9746 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9747 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9748 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9749 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9750 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9751 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9752 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9753 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9754 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9755 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9756 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9757 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9758 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9759 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9760 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9761 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9762 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9763 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9764 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9765 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9766 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9767 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9768 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9769 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9770 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9771 | | 13.85 | 22 | 23 | 22 | 23 | 6 | 6 | | | Unknown | 0 | 1st Lien | 405,000.00 | 0 | 405,000.00 | 77.88 | 77.77 | 77.88 | | Unknown | | AA | 34.441 |
| 9772 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9773 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9774 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9775 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9776 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9777 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9778 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9779 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9780 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9781 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9782 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9783 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9784 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9785 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9786 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9787 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9788 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9789 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9790 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9791 | | | | | | | | | | | | | | | | | | | | | | | | |

| | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | | BX | BY | BZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOANPURP | OWNOCC | LIMDOC | PROPTYPE | UNITS | FLOOD_INS | ASSUMABLE | MODIFIED | MODDATE | Prepayment penalty term | PREPAY_DESC | | BUYID | | MTS |
| 9771 | Cash Out Refinance | Primary Home | Stated | Single Family | 1 | | Y | | | | 1 2% OF UPB | | OPTION ONE 2003-2 | | TT67 |

| | CA | CB | CC | CD | CE | CF | CG | CH | CI | CJ | CK | CL | CM | CN | CO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ORIGINATOR | SERVICER | Seller | Total Ins Cost | Total PCT | Total Insurance company | Trustee Fee | Servicing Fee | POOL CUSTODIAN | | IOFLAG | IOTERM | DSI FLAG | DA DIV FLAG | PREFUND |
| 9737 | | | | | | | | | | | | | | | |
| 9738 | | | | | | | | | | | | | | | |
| 9739 | | | | | | | | | | | | | | | |
| 9740 | | | | | | | | | | | | | | | |
| 9741 | | | | | | | | | | | | | | | |
| 9742 | | | | | | | | | | | | | | | |
| 9743 | | | | | | | | | | | | | | | |
| 9744 | | | | | | | | | | | | | | | |
| 9745 | | | | | | | | | | | | | | | |
| 9746 | | | | | | | | | | | | | | | |
| 9747 | | | | | | | | | | | | | | | |
| 9748 | | | | | | | | | | | | | | | |
| 9749 | | | | | | | | | | | | | | | |
| 9750 | | | | | | | | | | | | | | | |
| 9751 | | | | | | | | | | | | | | | |
| 9752 | | | | | | | | | | | | | | | |
| 9753 | | | | | | | | | | | | | | | |
| 9754 | | | | | | | | | | | | | | | |
| 9755 | | | | | | | | | | | | | | | |
| 9756 | | | | | | | | | | | | | | | |
| 9757 | | | | | | | | | | | | | | | |
| 9758 | | | | | | | | | | | | | | | |
| 9759 | | | | | | | | | | | | | | | |
| 9760 | | | | | | | | | | | | | | | |
| 9761 | | | | | | | | | | | | | | | |
| 9762 | | | | | | | | | | | | | | | |
| 9763 | | | | | | | | | | | | | | | |
| 9764 | | | | | | | | | | | | | | | |
| 9765 | | | | | | | | | | | | | | | |
| 9766 | | | | | | | | | | | | | | | |
| 9767 | | | | | | | | | | | | | | | |
| 9768 | | | | | | | | | | | | | | | |
| 9769 | | | | | | | | | | | | | | | |
| 9770 | | | | | | | | | | | | | | | |
| 9771 | OPTION ONE | OPTION ONE | LEHMAN BROTHERS BANK | 0 | 0 | 00-None | 0.00125 | 0.3 | 1 | WELLS FARGO HOME MORTGAGE | N | 0 N | N | N | |
| 9772 | | | | | | | | | | | | | | | |
| 9773 | | | | | | | | | | | | | | | |
| 9774 | | | | | | | | | | | | | | | |
| 9775 | | | | | | | | | | | | | | | |
| 9776 | | | | | | | | | | | | | | | |
| 9777 | | | | | | | | | | | | | | | |
| 9778 | | | | | | | | | | | | | | | |
| 9779 | | | | | | | | | | | | | | | |
| 9780 | | | | | | | | | | | | | | | |
| 9781 | | | | | | | | | | | | | | | |
| 9782 | | | | | | | | | | | | | | | |
| 9783 | | | | | | | | | | | | | | | |
| 9784 | | | | | | | | | | | | | | | |
| 9785 | | | | | | | | | | | | | | | |
| 9786 | | | | | | | | | | | | | | | |
| 9787 | | | | | | | | | | | | | | | |
| 9788 | | | | | | | | | | | | | | | |
| 9789 | | | | | | | | | | | | | | | |
| 9790 | | | | | | | | | | | | | | | |
| 9791 | | | | | | | | | | | | | | | |