# EXHIBIT C

| | |
|---|---|
| **From:** | Bodurtha, Samuel C. |
| **To:** | Berry Mitchell |
| **Cc:** | John Ennis (jbelaw75@gmail.com); court_lefebvrelaw.com; Grimard, Lynn; Burk, Jamal D. |
| **Subject:** | RE: Activity in Case 1:17-cv-00394-WES-LDA U.S. Bank N.A. v. Shakoori-Naminy, et al |
| **Date:** | Friday, August 20, 2021 10:39:22 AM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |

Hi Berry:

Writing to confirm that John's expert reviewed the original promissory note at my office. John's expert did not reveal any conclusions or opinion on her review, so I suppose we will wait for the big reveal at 2pm.

Thanks,
Sam



**Samuel C. Bodurtha**
**Hinshaw & Culbertson LLP**

SBodurtha@hinshawlaw.com
My Bio | hinshawlaw.com

*Boston Office*
53 State Street, 27th Floor, Boston, MA 02109
**O:** 617-213-7039 | **F:** 617-249-0245

*Providence Office*
56 Exchange Terrace, 5th Floor, Providence, RI 02903
**O:** 401-751-0842 | **F:** 401-751-0072

**Follow us on**     

Hinshaw & Culbertson LLP

---

**From:** Berry Mitchell <Berry_Mitchell@RID.USCOURTS.GOV>
**Sent:** Thursday, August 19, 2021 3:44 PM
**To:** Bodurtha, Samuel C. <sbodurtha@hinshawlaw.com>
**Cc:** John Ennis (jbelaw75@gmail.com) <jbelaw75@gmail.com>; court_lefebvrelaw.com <court@lefebvrelaw.com>; Grimard, Lynn <LGrimard@hinshawlaw.com>; Burk, Jamal D. <JBurk@hinshawlaw.com>
**Subject:** RE: Activity in Case 1:17-cv-00394-WES-LDA U.S. Bank N.A. v. Shakoori-Naminy, et al

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Yes use the same dial-in-instructions. I am attaching them again.

-Berry

---

**From:** Bodurtha, Samuel C. <sbodurtha@hinshawlaw.com>
**Sent:** Thursday, August 19, 2021 3:09 PM
**To:** Berry Mitchell <Berry_Mitchell@RID.USCOURTS.GOV>
**Cc:** John Ennis (jbelaw75@gmail.com) <jbelaw75@gmail.com>; court_lefebvrelaw.com <court@lefebvrelaw.com>; Grimard, Lynn <LGrimard@hinshawlaw.com>; Burk, Jamal D. <JBurk@hinshawlaw.com>
**Subject:** FW: Activity in Case 1:17-cv-00394-WES-LDA U.S. Bank N.A. v. Shakoori-Naminy, et al

**CAUTION - EXTERNAL:**


Hi Berry:
The client representative, Ben Verdooren, cannot attend tomorrow's mediation. Ocwen/PHH's Senior Loan Analyst Richard Schwiner will attend. Richard's direct dial is 214-215-4062. Richard does not have an Iphone (he uses an Android) so he is unable to access video calls through FaceTime. Will you confirm that we are to use the same dial-in number for the mediation?

Many thanks,
Sam


**Samuel C. Bodurtha**
**Hinshaw & Culbertson LLP**

SBodurtha@hinshawlaw.com
My Bio | hinshawlaw.com

*Boston Office*
53 State Street, 27th Floor, Boston, MA 02109
**O:** 617-213-7039 | **F:** 617-249-0245

*Providence Office*
56 Exchange Terrace, 5th Floor, Providence, RI 02903
**O:** 401-751-0842 | **F:** 401-751-0072

**Follow us on**     

Hinshaw & Culbertson LLP

---

**From:** cmecf@rid.uscourts.gov <cmecf@rid.uscourts.gov>
**Sent:** Tuesday, August 03, 2021 4:08 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:17-cv-00394-WES-LDA U.S. Bank N.A. v. Shakoori-Naminy, et al

# *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Rhode Island

### Notice of Electronic Filing

The following transaction was entered on 8/3/2021 at 4:07 PM EDT and filed on 8/3/2021

**Case Name:**      U.S. Bank N.A. v. Shakoori-Naminy, et al
**Case Number:**    1:17-cv-00394-WES-LDA
**Filer:**
**Document Number:** 46

**Docket Text:**
**NOTICE of Hearing: Continuation of mediation will convene via Teleconference/FaceTime on 8/20/2021 at 02:00 PM with the Court-Appointed Mediator. Dial-In-Instructions have been provided to counsel in advance of the Mediation. Supplemental Mediation Statements are due 5 days in advance of the scheduled mediation. Counsel are to provide the Mediator with the names,email addresses and cell phone numbers of all persons who will be**

**participating in the Mediation. The "In-Person" attendance requirement set forth in this form Notice is waived.(Mitchell, Berry)**

**1:17-cv-00394-WES-LDA Notice has been electronically mailed to:**

Samuel C. Bodurtha     samuel-bodurtha-0754@ecf.pacerpro.com, akenna@hinshawlaw.com, lgrimard@hinshawlaw.com, sbodurtha@hinshawlaw.com

Christopher M. Lefebvre     court@lefebvrelaw.com, efarbstein@edcombs.com

John B. Ennis     jbelaw@aol.com, jbennisattorney@aol.com, jbelaw75@gmail.com

Jamal D. Burk     jburk@hinshawlaw.com, mtervo@hinshawlaw.com

John S. McNicholas     maklitigationnotifications@kordeassociates.com, jmcnicholas@kordeassoc.com

Catherine V. Eastwood     maklitigationnotifications@kordeassociates.com, ceastwood@kordeassociates.com

**1:17-cv-00394-WES-LDA Notice has been delivered by other means to:**

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.