UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


U.S. BANK N.A., as Trustee for the
Registered Holders of the
Structured Asset Securities
Corporation, Structured Asset
Investment Loan Trust,
Mortgage Pass-Through
Certificates, Series 2003-BC11

     Plaintiff,


       v.                               CA No. 17-cv-394-WES


MASOUD SHAKOORI-NAMINY a/k/a
MASOUD SHAKOORI, BRENDA
SHAKOORI-NAMINY, and SAND CANYON
CORPORATION

     Defendant.


**<u>JUDGMENT</u>**

     This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:


     Pursuant to this Court's Findings of Fact and Conclusions of Law entered on November 16, 2022, and in accordance with Fed. R. Civ. P. 58., judgment is entered in favor of Plaintiff, U.S. BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11, and against

Defendants, Masoud Shakoori-Naminy a/k/a Masoud Shakooru, Brenda Shakoori-Naminy, and Sand Canyon Corporation.


It is so ordered.


November 16, 2022          By the Court:


                           /s/ William E. Smith
                           United States District Judge