UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK N.A AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11

        VS        CA: 17-CV-394 WES

MASOUD SHAKOORI ET AL

MOTION FOR A NEW TRIAL AND TO ALTER AND AMEND THE JUDGMENT ENTERED BY THE COURT DUE TO MANIFEST ERROR OR LAW

    Defendant moves that this Court grant a New Trial and/or to Alter and Amend the Judgment entered by the Court due to manifest error of law for the reasons cited in the attached Memorandum of Law and the attached Declaration of John B. Ennis.

MASSOUD SHAKOORI

BY HIS ATTORNEY

        December 14, 2022

/s/ John B. Ennis

JOHN B. ENNIS, ESQ. #2135

1200 Reservoir Avenue

Cranston RI 02920

(401)943-9230

Jbelaw75@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that this Memorandum was electronically served on all attorneys by ECF filing on December 14, 2022.

/s/ John B. Ennis