UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK N.A AS TRUSTEE FOR THE REGISTERED HOLDERS
OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED
ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2003-BC11

                VS                          CA: 17-CV-394 WES

MASOUD SHAKOORI ET AL
AFFIDAVIT AND DECLARATION UNDER PAINS AND PENALTIES

    I, John B. Ennis, being duly sworn, under pain and penalties of Defendant state the following in support of the Motion for a New Trial and to Alter and/or Amend Judgment on the grounds of manifest error of law:

1. Attached to the Defendant's Memorandum of Law are an affidavit of Thomas Haggerty, Exhibit A, a promissory note and Exhibit B, an document of Option One Mortgage Corporation which was filed in Kent Country Superior Court case number KC-2022-402.

2. KC-2022-402 was removed to the United States District Court for the District of Rhode Island with the case number of 22-cv-235 WES.

Subscribed and sworn to under the penalty of perjury.

                                                  December 14, 2022

/s/ John B. Ennis

Cranston RI 02920

CERTIFICATE OF SERVICE

I hereby certify that this Affidavit and Declaration was electronically served on all attorneys by ECF filing on December 14, 2022.

/s/ John B. Ennis