Case Number: KC-2022-0402
Filed in Kent County Superior Court
Submitted: 6/2/2022 10:41 AM
Envelope: 3647359
Reviewer: Lindsay Z.

Loan Number: 381018034     Servicing Number: 001505147-7     Date: 12/30/04

# ALLONGE TO NOTE
## (INVESTOR)

This allonge makes reference to the following Note:

Borrowers: SUSANNAH H BLOOD and THOMAS P HAGGERTY
Loan #: 381018034
Property Address: 7 NICHOLS RD, KINGSTON, RI 02881-1803
Loan Amount: $238,000.00

Note Date: 12/30/04

Therefore, in reference to the captioned note, the following applies:

Pay to the order of:

                                                           Without Recourse

Option One Mortgage Corporation
A California Corporation

By: _____
      Nancy Hutchinson
      Assistant Secretary

Page 1 of 1                                                                                                USD3050.wp (03-14-03)