## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11, <br><br> Plaintiff, <br><br> v. <br><br> MASOUD SHAKOORI-NAMINY a/k/a MASOUD SHAKOORI, BRENDA SHAKOORI-NAMINY, WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE FOR BEAR STEARNS SECOND LIEN TRUST 2007-SV1, MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SV1, HERITAGE CONCRETE CORP., THE FIREPLACE LLC, STEPHEN E. MOTTAU and HALLINAN CAPITAL CORPORATION, <br><br> Defendants. | C.A. No. 17-cv-00394-WES-LDA |

**ASSENTED TO MOTION TO EXTEND THE DEADLINE TO RESPOND TO MOTION FOR A NEW TRIAL AND TO ALTER AND AMEND THE JUDGMENT**

The Plaintiff, U.S. Bank, N.A., as Trustee for the Register Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BV11 ("Plaintiff"), requests a 30-day extension, up to and including January 27, 2023, to respond to Defendant's Motion for a New Trial and to Alter and Amend the Judgment Entered by the Court Due to Manifest Error or Law (ECF. No. 90). Defendant Masoud Shakroori-Naminy assents to Plaintiff's request.

WHEREFORE, the Plaintiff respectfully requests that a 30-day extension through January 27, 2023, to file a response to Defendant's Motion for a New Trial and to Alter and Amend the Judgment be granted.

Respectfully submitted,

U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC11

By: Its Attorneys

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace, 5th Floor
Providence, RI  02903
Tel: 401-751-0842/Fax: 401-751-0072
sbodurtha@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

 */s/ Samuel C. Bodurtha*
Samuel C. Bodurtha

1019463\312248510.v1