UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
2022 DEC 28 P 1: 55
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. BANK N.A. AS TRUSTEE FOR THE
REGISTERED HOLDERS OF THE STRUCTURED
ASSET SECURITIES CORPORATION,
STRUCTURED ASSET INVESTMENT LOAN TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2003-BC11

        Plaintiff (s),

vs.

MASOUD SHAKOORI-NAMINY A/K/A MASOUD
SHAKOORI, ET AL,

        Defendant

Case No.: 1:17-cv-00394

## NOTICE OF ROMOVAL OF ATTORNEY as well as a MOTION TO EXTEND THE DEADLINE TO RESPOND TO MOTION FOR A NEW TRIAL AND TO ALTER AND AMEND THE JUDGMENT

I Brenda Shakoori-Naminy respectfully request the removal of Attorney Christopher Lefebvre, including but limited due to derelict of duty, including failure to inform me of any/all information regarding this matter before the court.

I Brenda Shakoori-Naminy respectfully request a 90-day extension of time to file a response, so that I can hire new Council.

Dated this 28th of December 2022.

_Brenda Shakoori-Naminy_
Brenda Shakoori-Naminy Pro Se

1341 Ten Rod Rd Exeter RI
02822
401-269-6382

[PLEADING TITLE] - 1