# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

US Bank N.A. as Trustee
_____
Plaintiff

v.                                                                                                  Case No. 17-cv-394

Masoud Shakoori-Naminy et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given that __Masoud Shakoori-Naminy__,
<br>Name

the __Defendant__ in the above-referenced matter, hereby appeals to the United States
<br>Party Type

Court of Appeals for the First Circuit from the:

☑ Final judgment entered on __11-16-2022__.
<br>Date of Judgment

and/or

☑ The order __Denial of Motion to Alter Judgment and for New Trial__ entered on __05-03-2023__.
<br>Description of Order                                                                    Date of Order

Respectfully submitted,

John B. Ennis                                           /s/ John B. Ennis
Name                                                     Signature

2135                                                     May 27, 2023
Bar Number                                              Date

John B. Ennis, Esq.                                     (401)943-9230
Firm/Agency                                             Telephone Number

1200 Reservoir Avenue                                   jbelaw75@gmail.com
Address                                                 Email Address

Cranston RI 02920
City/State/Zip Code

Reset Form                        Print Form                        Save Form